IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WMR REAL ESTATE HOLDING, LLC, | * | |
| | * | Case No.: 1:19-cv-00571-SAG |
| Plaintiff/Counter-Defendant | * | |
| | * | Judge Stephanie A. Gallagher |
| v. | * | |
| SCOTTSDALE INSURANCE COMPANY, | * | |
| | * | |
| Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AGREED MOTION TO DISMISS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

The parties to this action, acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of an agreement by WMR not to seek in excess of $17,292 in attorney fees should it prevail, that the above-captioned matter be voluntarily dismissed from this Court and remanded to the Circuit Court for Maryland, Baltimore County.

DATE: November 22, 2019

By: /s/ Jonathan L. Schwartz
Attorney for Scottsdale Insurance Company

Jonathan L. Schwartz (ARDC #6287338)
GOLDBERG SEGALLA LLP
**Mailing Address:**
P.O. Box 957
Buffalo, NY 14201
**Physical Address:**
222 W. Adams Street, Suite 2250
Chicago, IL 60606
Tel: (312) 572-8411
jschwartz@goldbergsegalla.com

By: /s/ David M. Silbiger
Attorney for WMR Real Estate Holding, LLC

David M. Silbiger (Bar No. 08777)
Silbiger Law Offices
110 East Lexington Street, Suite 100
Baltimore, Maryland 21202
Tel: (410) 685-1616
dsilbiger@silbigerlawoffices.com

*Approved* [signature] USDJ 11/22/19

24651700.v1